1

2

3                                 E-FILED

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 INOCENCIO J. SOLARES,         )      No. C 15-1575 RMW (PR)
                                      )

          Plaintiff,          )      JUDGMENT

12                                  )

13    v.                      )

                                      )

14 M.E. SPEARMAN,            )

                                    )

          Defendant.      )

15 _____)

16

17       The court has dismissed the instant action.  A judgment of dismissal with prejudice is

entered.  The clerk shall close the file.

18

19       IT IS SO ORDERED.

DATED: _____

20                              _____

21                               RONALD M. WHYTE
                              United States District Judge

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

INOCENCIO J SOLARES et al,

            Plaintiff,

   v.

M.E. SPEARMAN et al,

            Defendant.

_____/

Case Number: CV15-01575 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Inocencio J Solares D-10120
Correctional Training Facility (CTF)
Post Office Box 686
Soledad, CA 93960

Dated: August 11, 2015

                    Richard W. Wieking, Clerk
                    By: Jackie Lynn Garcia, Deputy Clerk